## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CARL COARTNEY,** | ) | **CASE NO. 8:05CV76** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **OILGEAR COMPANY,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Motion for an Extension of Time (Filing No. 37) to respond to the Defendant's Motion for Summary Judgment. The Plaintiff filed his motion before the expiration of his original deadline. Plaintiff's counsel represents that he needs additional time to prepare the response due to the press of other business and because he is awaiting a deposition transcript and other discovery responses that may be useful to the Plaintiff's response. While there has not been much time to object, I note that the Defendant has not yet objected to the motion. I conclude that the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 37) is granted; and

2. The Plaintiff's response to the Defendant's Motion for Summary Judgment shall be filed on or before Wednesday, March 8, 2006.

Dated this 21st day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge