# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CARL R. COARTNEY,** | CASE NO. 8:05CV76 |
| **Plaintiff,** | |
| | **ORDER** |
| vs. | |
| **OILGEAR COMPANY,** | |
| **Defendant.** | |

Upon notice given to the District Judge on July 5, 2006, by the Defendant that the above case has settled,

**IT IS ORDERED**:

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of the Court which will fully dispose of the case on or before August 7, 2006. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii), and shall state whether the dismissal is with or without prejudice; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 6th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge