**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CARL COARTNEY,** | ) | **CASE NO. 8:05CV76** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| **OILGEAR COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Stipulation for Joint Motion for Dismissal with Prejudice. The Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Joint Motion for Dismissal with Prejudice (Filing No. 52) is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney's fees.

Dated this 24th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge